

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00016-CV

John F. **DAVIS**,
Appellant

v.

**FARIAS ENTERPRISES LTD.**, Hector Farias Jr. (a.k.a. Hector Farias), individually and d/b/a
Farias Enterprises Ltd., and Diana S. Farias, individually and d/b/a Farias Enterprises Ltd.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2010CVT001822 D3
The Honorable Beckie Palomo, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the judgment of the trial
court is AFFIRMED. It is ORDERED that Appellees Farias Enterprises Ltd., Hector Farias Jr.,
and Diana S. Farias recover their costs of this appeal from Appellant John F. Davis.

SIGNED February 4, 2015.

_____
Karen Angelini, Justice